BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CV-02666-GEB-KJN |
| Plaintiff, | |
| v. | REQUEST AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND DEADLINE TO FILE JOINT STATUS REPORT |
| APPROXIMATELY $65,000.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $14,500.00 IN U.S. CURRENCY, | |
| Defendants. | |

The United States requests that the Court continue the Status Conference set for June 9, 2014 to August 11, 2014 and the deadline to file a Joint Status Report ("JSR") from May 23, 2014 to July 22, 2014. For the reasons set forth below, there is good cause to continue the status conference and the deadline to file a JSR.

## Introduction

On December 30, 2013, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations. All known potential claimants to the defendant properties were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168

(2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on January 7, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on February 6, 2014.

## Good Cause

The United States is in advance settlement negotiations with Claimants James Vue and Padee Vue and expects to file settlement documents in the next 30-60 days.  Given the strong likelihood of settlement, for reasons of judicial economy, there is good cause to continue the status conference from June 9, 2014 to August 18, 2014 (or to another date the Court deems appropriate) and extend the deadline to file a joint status report in this case from May 23, 2014 to July 22, 2014 (or to another date the Court deems appropriate).

Dated:  5/14/2014                                                  BENJAMIN B. WAGNER
                                                                                   United States Attorney

                                                              By:     /s/ Jeffrey A. Spivak
                                                                                   JEFFREY A. SPIVAK
                                                                                   Assistant U.S. Attorney

## [PROPOSED] ORDER

Pursuant to the United States' request and good cause appearing, the Court makes the following order:  The Status Conference currently set for June 9, 2014 is continued to August 18, 2014, at 9:00 a.m.  A joint status report shall be filed fourteen days prior to the hearing.

IT IS SO ORDERED.

Dated:  May 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

United States' Request to Continue Status Conference; Proposed Order